# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **SIMEON T PORTER** | **CASE NO.  2:22-CV-00573** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MERRICK GARLAND** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss [doc. 40] be

**GRANTED** and all claims in this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 5th day of May, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**